IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS MITCHELL, AIS 158181, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-342-ECM |
| | ) (WO) |
| ALABAMA BOARD OF PARDONS and PAROLES MEMBERS, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On September 14, 2022, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to either remit the required fees or submit an application seeking leave to proceed *in forma pauperis* as ordered by the Court.

A separate Final Judgment will be entered.

DONE this 17th day of October, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE